JULIA F. WRIGHT, as Administratrix of the Estate of FREDERICK W. WRIGHT, Deceased, Appellant, *v.* CHARLES D. SMITH et al., Copartners, under the Firm Name of SMITH, SCOTT & COMPANY, Respondents.

(Submitted December 1, 1913; decided December 9, 1913.)

Motion for re-argument denied, with ten dollars costs. (See 209 N. Y. 249.)

———————

JAMES M. ELLIOTT, JR., Appellant, *v.* MARTIN S. PAINE, Respondent.

*Elliott* v. *Paine,* 148 App. Div. 892, reversed.
(Argued November 25, 1913; decided December 16, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1911, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*John D. Fearhake* and *Anson Beard* for appellant.

*Edward W. Hatch* and *Charles J. Hardy* for respondent.

Judgment reversed and new trial granted, costs to abide event, on the ground that the positive testimony of the plaintiff and Brockway presented a question for determination by the jury; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.